IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

RECEIVED
2006 SEP 18 P 1:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PAM GT. POTTER, | ) |
|       Plaintiff | ) |
| v. | ) CV-06-165 |
| WYETH, et al., | ) 2 06cv837-WKW |
|       Defendants. | ) |

NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Roger A. Powell, Clerk              Robert J. Morris
        Circuit Court of Covington County    Gary S. McAnnally
        1K North Court Square             MORRIS & McANNALLY, LLC
        Montgomery, Alabama 36420       10365 Holtville Road
                                                             Deatsville, AL 36022

Please take notice that defendant Wyeth has this day filed in the United States District Court for the Middle District of Alabama, Southern Division, a Notice of Removal of this action to federal court. Pursuant to 28 U.S.C. § 1441 et seq. and the Notice of Removal, this action has been removed to the United States District Court for the Middle District of Alabama, Southern Division. Notice of the filing of this Notice of Removal (a copy of which is attached hereto) is hereby given to this Court in accordance with 28 U.S.C. § 1446(d).

SCANNED

Respectfully submitted, this 18 day of September, 2006.

_____
Edward S. Sledge, III          SLE003
Forrest C. Wilson, III         WIL141
Frederick G. Helmsing, Jr.     HEL014

Attorneys for Defendants

**OF COUNSEL:**

**McDOWELL KNIGHT**
  **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18 day of September 2006, served a true and correct copy of the foregoing on below-listed counsel of record to this proceeding, by United States mail, properly addressed and first class postage prepaid.

_____

**COUNSEL OF RECORD:**

Robert J. Morris
Gary S. McAnnally
MORRIS & McANNALLY, LLC
10365 Holtville Road
Deatsville, AL 36022