IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAM G. POTTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-837 |
| WYETH, et al., | ) |
| Defendants. | ) |

## ANSWER

Defendant Joe H. Kelly ("Kelly"), without waiving service of process, for answer to the plaintiffs' Complaint hereby states as follows:

Kelly admits that prior to September 15, 1997, he promoted Redux to licensed healthcare providers. Kelly denies all remaining material allegations of the Complaint, separately and severally, and demands strict proof thereof. Kelly incorporates all defenses contained in Wyeth's Answer as if set forth fully herein.

s/Frederick G. Helmsing, Jr.
Federal Bar No: **HELMF3421**
Attorney for Defendant Joe H. Kelley
McDowell Knight Roedder & Sledge, LLC
63 South Royal Street, Suite 900
Mobile, Alabama 36602
T: 251-432-5300
F: 251-432-5302
fhelmsing@mcdowellknight.com

OF COUNSEL:

**McDOWELL KNIGHT**
  **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300
(251) 432-5303

### CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following listed below.

Respectfully Submitted,

 s/**Frederick G. Helmsing, Jr.**
Federal Bar No: **HELMF3421**
Attorney for Defendant
McDowell Knight Roedder & Sledge, LLC
63 South Royal Street, Suite 900
Mobile, Alabama 36602
T: 251-432-5300
F: 251-432-5302
fhelmsing@mcdowellknight.com

**COUNSEL OF RECORD**:

Robert J. Morris
Gary S. McAnnally
Clyde T. Baily, III
MORRIS & McANNALLY, LLC
10365 Holtville Road
Deatsville, AL  36022