IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAM G. POTTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYETH, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-837 |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Pam G. Potter, and Defendants Wyeth and Joe Kelly hereby stipulate, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that all claims asserted by plaintiff against all defendants in this action are due to be DISMISSED, WITH PREJUDICE, each party to bear its own costs.

s/ Robert J. Morris
ROBERT J. MORRIS

Attorney for Plaintiff

OF COUNSEL:

MORRIS & McANNALY, L.L.C.
10365 Holtville Road
Deatsville, Alabama 36022

       **s/Frederick G. Helmsing, Jr.**
Federal Bar No: **HELMF3421**
Attorney for Defendants
McDowell Knight Roedder & Sledge, LLC
63 South Royal Street, Suite 900
Mobile, Alabama 36602
T: 251-432-5300
F: 251-432-5302
fhelmsing@mcdowellknight.com

**OF COUNSEL:**

**McDOWELL KNIGHT**
  **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300
(251) 432-5303