A CERTIFIED TRUE COPY

DEC 1 1 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2006

FILED
CLERK'S OFFICE

RECEIVED

2006 DEC 18 P 2: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DOCKET NO. 1203

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

*Pam G. Potter v. Wyeth, et al.,* M.D. Alabama, C.A. No. 2:06-837

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Potter*) on November 7, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Potter* on November 27, 2006. The Panel has now been advised, however, that *Potter* was dismissed in the Middle District of Alabama by the Honorable Ira DeMent in an order filed on November 1, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-158" filed on November 7, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED THE RECORD
DATED: 12/14/06
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA